UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No.: **09-00478-001** |
| vs. | |
| JOSE MIGUEL GARCIA, | **ORDER** |
| Defendant. | |

**THIS MATTER** having come before the Court on the application of the defendant Jose Miguel Garcia (by Frank P. Arleo of Arleo, Donohue & Biancamano, L.L.C.), for an Order directing the return of Mr. Garcia's valid United States passport, and the United States (by Brooke Carey, Assistant United States Attorney, appearing) having no objections,

IT IS on this __13__ day of __May__, 2010;

**ORDERED** that the United States Pretrial Services Office shall release Mr. Garcia's passport to him.

Honorable ~~Jose L. Linares~~ WILLIAM J. MARTINI
United States District Judge